IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MERVIN DE LA PAZ-DE LEON, <br> Defendant. | INDICTMENT <br><br> CRIMINAL NO. 26-16 (FAB) <br><br> VIOLATION: <br> 8 U.S.C. § 1326(a) <br> (ONE COUNT) |

THE GRAND JURY CHARGES:

## COUNT ONE
### Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a))

On or about December 17, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**MERVIN DE LA PAZ-DE LEON**,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, attempted to enter and entered the United States, without obtaining, prior to her re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Manuel Muniz-Lorenzi
Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 1-12-26